**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 4:26-CR-00038** |
| | ) | |
| **DONALD PALMER** | ) | |

**ORDER**

Application for leave of absence has been requested by Makeia R. Jonese, Assistant United States Attorney, for September 8 through September 11, 2026, inclusive; October 27 through October 30, 2026; November 12, 13, 25, and 27, 2026; and December 28, 2026, in the above-referenced case.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for a hearing or trial during such leave.

So ORDERED this 20th day of August 2026.

Christopher L. Ray

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA